IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NORDIC BULK CARRIERS A/S**                                                      **PLAINTIFF**

v.                              **CASE NO. 4:20-CV-00448-BSM**

**LALUMINA LLC**                                                                   **DEFENDANT**

## ORDER

This case is dismissed with prejudice pursuant to the notice of dismissal filed by Nordic Bulk Carriers A/S [Doc. No. 10].  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED, this 30th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE