IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NORDIC BULK CARRIERS A/S**                                              **PLAINTIFF**

v.                    **CASE NO. 4:20-CV-00448-BSM**

**LALUMINA LLC**                                                             **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 30th day of April, 2021.

                                                                                    UNITED STATES DISTRICT JUDGE